Charles M. Warner, appellee, v. Frederick B. Carr et al., on appeal of C. Frank Taylor, appellant. Gen. No. 25,987.

Action on a promissory note against indorsers. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Jacob H. Hopkins, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed October 5, 1921. Rehearing denied October 17, 1921.

Stephens & Loomis, for appellant. William J. Lacey, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

Cincinnati Time Recorder Company, appellee, v. Calumet Coal and Teaming Company, appellant. Gen. No. 26,002.

Action to recover the purchase price of office fixtures and equipment. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Hugh R. Stewart, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed October 5, 1921.

John J. Poulton and Thomas A. Green, for appellant; John J. Poulton, of counsel. Walter A. Moss, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

Chicago & Alton Railroad Company, appellee, v. Chicago Bonding and Insurance Company, appellant. Gen. No. 26,023.

Action for damages on a contract of guaranty insurance. Judgment for plaintiff on a directed verdict. Appeal from the Municipal Court of Chicago; the Hon. John A. Swanson, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed October 5, 1921.

Sabath, Stafford & Sabath, for appellant; Charles B. Stafford and Thomas M. Zasadil, Jr., of counsel. Winston, Strawn & Shaw, for appellee; Walter H. Jacobs and George A. Kelly, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

Mansfield H. Lundberg (plaintiff), v. Aaron Bodenweiser (defendant). Aaron Bodenweiser for use of Mansfield H. Lundberg, appellee, v. Bertha M. Bodenweiser (intervener), appellant. Gen. No. 26,077.

Garnishment against a bank on a default judgment against the judgment debtor. Intervention by the wife of the judgment debtor. Judgment for plaintiff against the garnishee and separate appeals by the garnishee and the intervener. Appeal from the Municipal Court of Chicago; the Hon. Charles F. McKinley, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed October 5, 1921.

Harris F. Williams, for appellant. Kelly, Burns, Daly & Fitzgerald, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

---

Mansfield H. Lundberg (plaintiff), v. Aaron Bodenweiser (defendant). Aaron Bodenweiser for use of Mansfield H. Lundberg, appellee, v. South Side State Bank (garnishee) and Bertha M. Bodenweiser (intervener), appellants. Gen. No. 26,078.

Garnishment against a bank with the wife of the judgment debtor intervening and claiming the fund. Judgment for plaintiff and